City, Oklahoma, appointed a Commissioner in this cause, for the purpose of perpetuating testimony.

No. 490. CLEARFIELD TRUST CO. ET AL. *v.* UNITED STATES. March 15, 1943. Ordered that the opinion in this case dated March 1, 1943, be amended by striking the sentence beginning on the 5th line from the bottom of page 3, which reads: "Its facts are practically on all fours with those of the present case."

Opinion reported as amended, *ante,* p. 363.

No. 630. GOLDSMITH *v.* SANFORD, WARDEN. March 15, 1943. Application denied. MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *H. Ely Goldsmith, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* and *Miss Melva M. Graney* for respondent.

No. 288. AGRICULTURAL PRORATE COMMISSION OF CALIFORNIA ET AL. *v.* MUTUAL ORANGE DISTRIBUTORS ET AL. April 5, 1943. *Per Curiam:* The motion to vacate the judgment is granted. The judgment of the District Court is vacated, without costs to either party in this Court, and the cause is remanded to the District Court with directions to dismiss the bill of complaint as moot. *United States* v. *Hamburg-American Co.,* 239 U. S. 466, 477–8; *Brownlow* v. *Schwartz,* 261 U. S. 216; *Paramount Pictures* v. *Langer,* 306 U. S. 619; *Retail Food Clerks & Managers Union* v. *Union*